```
                  UNITED STATES DISTRICT COURT
                  EASTERN DISTRICT OF MISSOURI
                        EASTERN DIVISION
```

JOE ERNEST MITCHELL,            )
                                )
          Plaintiff,            )
                                )
     vs.                        )    No. 4:06-CV-91 (CEJ)
                                )
JOSEPH R. SOMOGYE, et al.,      )
                                )
          Defendants.           )

## ORDER

On May 10, 2006, defendant Joseph R. Somogye filed a motion for summary judgment and memorandum in support. Attachment 1 to the memorandum is a portion of plaintiff's deposition (Document #14.1 in the Court record). Plaintiff's Social Security number appears on page 9 of the deposition. Pursuant to the E-Government Act of 2002, as amended, the policies of the Judicial Conference of the United States, and the Administrative Order of this court, Social Security numbers and personal identifiers must be redacted in publicly-filed documents. See In re Business of the Court: Redaction of Personal Identifiers, Administrative Order (E.D. Mo. Oct. 8, 2004). A copy of the order may be found at the Court's website: **www.moed.uscourts.gov**.

Accordingly,

**IT IS HEREBY ORDERED** that the Clerk of Court shall immediately disable the link in the CM/ECF system to Document 14.1.

**IT IS FURTHER ORDERED** that defendant shall immediately re-file the attachments in a form that complies with the E-Government Act.

```
_____
CAROL E. JACKSON
UNITED STATES DISTRICT JUDGE
```

Dated this 23rd day of June, 2006.