UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

JOE ERNEST MITCHELL,            )
                                )
            Plaintiff,          )
                                )
        vs.                     )        No. 4:06-CV-91 (CEJ)
                                )
JOSEPH R. SOMOGYE, et al.,      )
                                )
            Defendants.         )

## ORDER OF DISMISSAL

In accordance with the Order entered this date,

**IT IS HEREBY ORDERED** that this action is **dismissed with prejudice** as to defendant Thomas E. Mabrey,, pursuant to Rule 41(b), Fed.R.Civ.P.


_____
CAROL E. JACKSON
UNITED STATES DISTRICT JUDGE


Dated this 6th day of September, 2006.

PDF created with FinePrint pdfFactory trial version www.pdffactory.com